**Edward C. KEYS, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 47848.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 24, 1986.

Application to Transfer Denied
Nov. 18, 1986.

Dave Hemingway, Public Defender, St. Louis, for movant.

Carrie Francke, Asst. Atty. Gen., for respondent.

### ORDER

PER CURIAM:

Movant entered guilty pleas to charges of second degree murder and first degree robbery. He now appeals from the denial of his Rule 27.26 motion after an evidentiary hearing.

The judgment of the trial court is based on findings of fact which are not clearly erroneous, and is affirmed pursuant to Rule 84.16(b).